UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELTA T, LLC,**

      **Plaintiff,**

v.                                                   Case No: 6:20-cv-170-PGB-EJK

**KALE FANS AMERICA S.A. DE C.V. and KALE ENVIRONMENTAL TECHNOLOGY (SHANGHAI) CORPORATION,**

      **Defendants.**
_____/

## ORDER

Plaintiff Delta T, LLC doing business as Big Ass Fans ("**BAF**"), brought this action against Kale Fans America S.A. DE C.V. ("**Kale Mexico**") and Kale Environmental Technology (Shanghai) Corporation ("**Kale China**"), alleging federal trademark infringement, counterfeiting and unfair competition under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). The Parties have reached an agreement and settlement and have requested this Court to enter this Agreed Final Judgment. Therefore, the Court enters an agreed judgment as follows:

1. This Court has subject matter jurisdiction as this case arises under the laws of the United States.

2. Kale China and Kale Mexico have appeared in this action and consent to this Agreed Final Judgment.

3. Kale China and Kale Mexico consent to personal jurisdiction and venue.

4. Kale China and Kale Mexico acknowledge the validity (including the distinctiveness and non-functionality) and priority of BAF's common law and registered trademarks as used in association with commercial and industrial ventilating fans and related services in the United States as set out in the Plaintiff's Amended Complaint; to wit:

    a. The color yellow affixed to the end of the fan blade and U.S. Registration No. 5,797,569;

    b. The color yellow applied to the surface of the motor housing and U.S. Registration No. 5,845,676;

    c. U.S. Registration No. 5,360,233 for "Donkey With Yellow Background;"

    d. U.S. Registration No. 6,080,247 for "GO YELLOW;" and

    e. U.S. Registration No. 6,135,034 for "For the World's Best Airflow-GO YELLOW."

These collectively are referred to as the "**BAF's Marks**." For clarification, the color Yellow is defined by Pantone 123C and all Analogous Yellows as identified by the Pantone or Hex numbers in Attachment A, page 3.

5. Kale China and Kale Mexico, their respective owners, managers, members, directors, officers, parents, subsidiaries, representatives, agents, successors and assigns and all who are in active concert or participation therewith

2

are hereby permanently enjoined from any future use of BAF's Marks in the United States, in association with commercial and industrial ventilating fans in any advertising, marketing, or promotional materials, trade show booths, internet website, and social media posts. For clarity, there is no restriction as to Kale China's use or Kale Mexico's use of the color Orange or any color not specifically designated in Attachment A in association with like goods and services.

6. This Court shall retain jurisdiction over enforcement of the terms of the Settlement Agreement between the Parties.

7. All relief sough in this litigation and not expressly granted herein is dismissed with prejudice.

8. Each Party is to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Orlando, Florida on May 18, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

# ATTACHMENT A




# COLOR

## 2021 GUIDELINES

BIG ASS FANS



